FILED

2008 APR 15 PM 2:03

CLERK US
SOUTHERN DIST...

BY_____ KL/___

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERTO TORRES-HERNANDEZ (1),<br>　aka Gregorio Cruz-Merino,<br>MIGUEL MERINO-CALVERO (2),<br><br>　　　　Defendants. | Criminal Case No. 08 CR 1165 JM<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) -<br>Bringing in Illegal Aliens for<br>Financial Gain; Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting;<br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding<br>and Abetting |

The grand jury charges:

Count 1

On or about March 27, 2008, within the Southern District of California, defendants ROBERTO TORRES-HERNANDEZ, aka Gregorio Cruz-Merino and MIGUEL MERINO-CALVERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Agustin Cavero-Ortiz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

JDM:em:San Diego
4/14/08

Count 2

On or about March 27, 2008, within the Southern District of California, defendants ROBERTO TORRES-HERNANDEZ, aka Gregorio Cruz-Merino and MIGUEL MERINO-CALVERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Agustin Cavero-Ortiz, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about March 27, 2008, within the Southern District of California, defendants ROBERTO TORRES-HERNANDEZ, aka Gregorio Cruz-Merino and MIGUEL MERINO-CALVERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Donaciano Ramirez-Merino, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

### Count 4

On or about March 27, 2008, within the Southern District of California, defendants ROBERTO TORRES-HERNANDEZ, aka Gregorio Cruz-Merino and MIGUEL MERINO-CALVERO, with the intent to violate the immigration laws of the United States knowing and in reckless disregard of the fact that an alien, namely, Donaciano Ramirez-Merino, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

### Count 5

On or about March 27, 2008, within the Southern District of California, defendants ROBERTO TORRES-HERNANDEZ, aka Gregorio Cruz-Merino and MIGUEL MERINO-CALVERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Silverino Ramirez-Mejia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

### Count 6

On or about March 27, 2008, within the Southern District of California, defendants ROBERTO TORRES-HERNANDEZ, aka Gregorio Cruz-Merino and MIGUEL MERINO-CALVERO, with the intent to violate the immigration laws of the United States knowing and in reckless disregard of the fact that an alien, namely, Silverino Ramirez-Mejia, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: April 15, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney

4