Mayfield & Associates - Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
Melissa L. Bustarde, Esq. Bar. No. 239062
Christopher Y. Lock, Esq., Bar No. 246815
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090
Fax: (858) 793-8099

Attorneys for: Material Witnesses AUGUSTIN CAVERO-ORTIZ, DONACIANO RAMIREZ-MERINO, and SEVERINO RAMIREZ-MEJIA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 cr 1165-JM |
| Plaintiff, | Mag. Docket No.   08 mj 0961 |
| v. | **PROOF OF SERVICE VIA E-FILE**<br>**[Fed. R. Civ. Pro. 4, Local Rule 5]** |
| ROBERTO TORRES-HERNANDEZ<br>AKA: GREGORIO CRUZ-MERINO (1), | |
| MIGUEL MERINO-CALVERO (2), | |
| Defendants. | |

I, Christopher Lock, declare as follows:

1.      I am over eighteen years of age and not a party to the above-referenced action; my business address is 462 Stevens Avenue, Suite 303, Solana Beach, CA 92075-2066.   I am employed in San Diego County, California.

2.      On May 7, 2008, electronic copies of the following document were electronically served on the following parties in Case No. 08 mj 0961/08 cr 1165-JM:

- **Application for an Order Shortening Time;**
- **Notice of Motion and Motion for Video Deposition of Material Witnesses; and**
- **Points and Authorities in Support of Motion for Video Deposition.**

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

1    Luella Caldito, A.U.S.A                    David Peterson, Esq.

2    Efile.dkt.gc2@usdoj.gov                    david_peterson@fd.org

3

4    Mahir Sherif, Esq.

5    mahirsherif@earthlink.net

6

7
          I declare under penalty of perjury under the laws of the United States, State of California

8    that the foregoing is true and correct and that this declaration was executed on May 7, 2008.

9

10

11                                                     Christopher Lock

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28