Mayfield & Associates - Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
Melissa L. Bustarde, Esq. Bar. No. 239062
Christopher Y. Lock, Esq., Bar No. 246815
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090
Fax: (858) 793-8099

Attorneys for: Material Witnesses AUGUSTIN CAVERO-ORTIZ, DONACIANO RAMIREZ-MERINO, and SEVERINO RAMIREZ-MEJIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO TORRES-HERNANDEZ<br>AKA: GREGORIO CRUZ-MERINO (1),<br><br>MIGUEL MERINO-CALVERO (2),<br><br>Defendants. | Criminal Case No. 08 cr 1165-JM<br>Mag. Docket No. 08 mj 0961<br><br>**PROOF OF SERVICE VIA E-FILE**<br>**[Fed. R. Civ. Pro. 4, Local Rule 5]** |

I, Christopher Lock, declare as follows:

1. I am over eighteen years of age and not a party to the above-referenced action; my business address is 462 Stevens Avenue, Suite 303, Solana Beach, CA 92075-2066. I am employed in San Diego County, California.

2. On May 7, 2008, electronic copies of the following document were electronically served on the following parties in Case No. 08 mj 0961/08 cr 1165-JM:

- **Application for an Order Shortening Time;**
- **Notice of Motion and Motion for Video Deposition of Material Witnesses; and**
- **Points and Authorities in Support of Motion for Video Deposition.**

| | | |
|---|---|---|
| 1 | Luella Caldito, A.U.S.A | David Peterson, Esq. |
| 2 | Efile.dkt.gc2@usdoj.gov | david_peterson@fd.org |

Mahir Sherif, Esq.

mahirsherif@earthlink.net

I declare under penalty of perjury under the laws of the United States, State of California that the foregoing is true and correct and that this declaration was executed on May 7, 2008.

*Christopher Lock*

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066