MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO TORRES-HERNANDEZ<br>AKA: GREGORIO CRUZ-MERINO (1),<br><br>MIGUEL MERINO-CALVERO (2),<br><br>Defendants. | Criminal Case No. 08 cr 1165-JM<br>Mag. Docket No.   08 mj 0961<br><br>**ORDER SHORTENING TIME TO HEAR MATERIAL WITNESSES AUGUSTIN CAVERO-ORTIZ, DONACIANO-RAMIREZ-MERINO, and SEVERINO RAMIREZ-MEJIA'S MOTION FOR VIDEO DEPOSITION AND RELEASE**<br><br>JUDGE:   Hon. Anthony J. Battaglia<br>CRTRM:<br><br>DATE: May 20, 2008<br>TIME:  3:30 p.m. |

After full consideration of the Application and papers filed in support thereof, this Court hereby **GRANTS** the material witnesses AUGUSTIN CAVERO-ORTIZ ("CAVERO"), DONACIANO RAMIREZ-MERINO ("MERINO"), and SEVERINO RAMIREZ-MEJIA ("MEJIA")'s request for an Order Shortening Time to hear their Motion for Video Deposition and Release.

///
///
///
///

**1 of 2**

United States v. Torres-Hernandez, et al. (08 mj 0961) / (08 cr 1165-JM)
Order Shortening Time to Hear Motion for Material Witness' Video Deposition

The hearing for the Motion for Video Deposition and Release of the material witnesses CAVERO, MERINO, and MEJIA will come before this Court on May 20, 2008 at 3:30 p.m. Appearing for the material witnesses their attorney Christopher Lock, Esq., Luella Caldito, Assistant United States Attorney, David Peterson, Esq. For Defendant Roberto Torres-Hernandez (aka: Gregorio Cruz-Mendoza), and Mahir Sherif, Esq. for Defendant Miguel Merino-Calvero..

**IT IS SO ORDERED**.

DATED: May 14, 2008

*/s/ Battaglia*

Hon. Anthony J. Battaglia

U.S. Magistrate Judge

United States District Court

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

**2 of 2**

United States v. Torres-Hernandez, et al. (08 mj 0961) / (08 cr 1165-JM)
Order Shortening Time to Hear Motion for Material Witness' Video Deposition