**ORIGINAL**

FILED
MAY 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR1156-JM |
| Plaintiff, ) | |
| v. ) | |
| GREGORIO CRUZ-MERINO, (1) ) aka ROBERTO TORRES- ) HERNANDEZ; and, ) MIGUEL MERINO CALVERO (2) ) | ORDER TO PRESERVE EVIDENCE |
| Defendant. | |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that:

The Government preserve the following evidence during the pendency of this case: (1) the results of any fingerprint analysis; (2) Mr. Cruz-Merino' personal effects; (3) the agents' rough notes; (4) any radio broadcast, if it is recorded; (5) any videotape taken of Mr. Cruz-Merino, or anyone else involved in this case, including deported material witnesses; (6) any evidence seized from the defendant or any third party (i.e., material witnesses, co-defendants); and (7) the vehicle in this case. *Effective for 60 days*

**SO ORDERED.**

Dated: 5/16/08

_____
HONORABLE JEFFREY T. MILLER
United States District Judge