UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr1165-JM |
| )  Plaintiff, ) | Date:  May 20, 2008 |
| ) | Time:  3:30 p.m. |
| v. ) | |
| ) | **ORDER** |
| GREGORIO CRUZ-MERINO (1), ) | |
| aka ROBERTO TORRES- HERNANDEZ, ) | |
| ) | |
| MIGUEL MERINO-CALVERO (2), ) | |
| ) | |
| Defendants. ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for hearing the matter for the defendant regarding **MR. CRUZ-MERINO'S RESPONSE AND OPPOSITION TO MATERIAL WITNESSES' MOTION FOR VIDEO DEPOSITION** in the above-entitled action be shortened to five (5) days, and that the matter be

//

//

//

//

//

1 | calendared for hearing on May 20, 2008, at 3:30 p.m., or as soon thereafter as counsel may be heard.

2 | **SO ORDERED.**

3 | DATED: May 16, 2008

_/s/ Battaglia_
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court