1  DAVID M.C. PETERSON
   California State Bar Number 254498
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Email: david_peterson@fd.org
   Attorneys for Mr. Cruz-Merino

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| UNITED STATES OF AMERICA, | ) | CASE NO. No. 08cr1165-JM |
|---|---|---|
| Plaintiff, | ) | DATE:     June 6, 2008 |
|  | ) | TIME:     10:00 a.m. |
| v. | ) |  |
| GREGORIO CRUZ-MERINO (1), | ) |  |
| aka ROBERTO TORRES- HERNANDEZ, | ) | **MOTION TO CONTINUE** |
|  | ) | **VIDEOTAPE DEPOSITION OF** |
|  | ) | **MATERIAL WITNESSES** |
| MIGUEL MERINO-CALVERO (2), | ) |  |
| Defendants. | ) |  |

TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY;
        LUELLA CALDITO, ASSISTANT UNITED STATES ATTORNEY:

IT IS HEREBY REQUESTED by the parties in the case, the defendant, Gregorio Cruz-Merino, by and through his counsel, David M.C. Peterson, Esq.; Miguel Merino-Calvero, by and through his counsel, Mahir T. Sherif, Esq.; plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Luella Caldito, Esq., Assistant United States Attorney; and material witnesses Donaciano Ramirez-Merino, Agustin Cavero-Ortiz and Silverino Ramirez-Mejia, by and through their counsel Christopher Y. Lock, Esq., **that the videotaped material witness deposition in the above entitled case scheduled for Wednesday, June 4, 2008 at 10:00 a.m., be continued to Friday, June 6, 2008 at 10:00 a.m.**

A proposed order with respect to this joint motion is being submitted directly to the court via efile_battaglia@casd.uscourts.gov.

Respectfully submitted,

Dated: June 2, 2008

*/s/ David M.C. Peterson*
**DAVID M.C. PETERSON**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Cruz-Merino

Dated: June 2, 2008

*/s/ Mahir T. Sherif*
**MAHIR T. SHERIF**
Attorney for Mr. Merino-Calvero

Dated: June 2, 2008

*/s/ Luella Caldito*
**LUELLA CALDITO**
Assistant United States Attorney

Dated: June 2, 2008

*/s/ Christopher Y. Lock*
**CHRISTOPHER Y. LOCK**
Mayfield & Associates
Attorneys for Material Witnesses

N:\Cases\1324\Torres-Hernandez\jt.mtn.to.cont.mat.wit.depos.wpd

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: June 2, 2008     /s/ DAVID M. PETERSON
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Cruz-Merino
david_peterson@fd.org (email)

N:\Cases\1324\Torres-Hernandez\jt.mtn.to.cont.mat.wit.depos.wpd