UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>GREGORIO CRUZ-MERINO (1),<br>aka ROBERTO TORRES- HERNANDEZ,<br><br>MIGUEL MERINO-CALVERO (2),<br><br>      Defendants. | Criminal Case No. 08cr01165-JM<br><br>ORDER GRANTING JOINT<br>MOTION TO CONTINUE VIDEOTAPED<br>DEPOSITION OF THE MATERIAL<br>WITNESSES |

O R D E R

GOOD CAUSE APPEARING, and at the joint request of the parties, **it is hereby ORDERED** that the videotaped material witness deposition in the above entitled case scheduled for Wednesday, June 4, 2008 at 10:00 a.m., be continued to Friday, *June 6, 2008 at 10:00 a.m.*

IT IS SO ORDERED.

DATED: June 2, 2008

                                        Hon. Anthony J. Battaglia
                                        U.S. Magistrate Judge
                                        United States District Court