# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr01165-JM |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION TO CONTINUE VIDEOTAPED DEPOSITION OF THE MATERIAL WITNESSES |
| GREGORIO CRUZ-MERINO (1), ) aka ROBERTO TORRES- HERNANDEZ, ) | |
| MIGUEL MERINO-CALVERO (2), ) | |
| Defendants. ) | |

## O R D E R

GOOD CAUSE APPEARING, and at the joint request of the parties, **it is hereby ORDERED** that the videotaped material witness deposition in the above entitled case scheduled for Wednesday, June 4, 2008 at 10:00 a.m., be continued to Friday, *June 6, 2008 at 10:00 a.m.*

IT IS SO ORDERED.

DATED: June 2, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court