1  Mahir T. Sherif (SB# 135021)
   Law Office of Mahir T. Sherif
2  3376 30th Street
   San Diego, CA 92104
3  Telephone: (619) 297-4444
   Facsimile: (619) 297-4115
4
5  Attorney for Defendant, Miguel Merino-Calvero

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                      (Honorable Jeffrey T. Miller )

11

| UNITED STATES OF AMERICA, | Case No.: 08-CR-1165-002-JM |
|---|---|
| Plaintiff, | |
| v. | PROOF OF SERVICE |
| MIGUEL MERINO-CALVERO, | Sentencing: August 22, 2008<br>Time: 9:00 a.m.<br>Honorable: Honorable Jeffrey T. Miller |
| Defendant. | |

   I hereby declare a copy of Defendant's Sentencing Memorandum, Sentencing Summary Chart and Supporting Documents and were served electronically on the following parties this 14th day of August, 2008, via the CM/ECF system:

///
///
///
///
///
///
///

**Luella Mendoza Caldito**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Luella.Caldito@usdoj.gov

**U S Attorney CR**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
(619)557-5917 (fax)
Efile.dkt.gc2@usdoj.gov

Dated: August 14, 2008                    Respectfully Submitted,


                                          By: s/Mahir T. Sherif
                                              Mahir T. Sherif
                                              mahirsherif@sbcglobal.net
                                              Attorney for Defendant